# UNITED STATES BANKRUPTCY COURT
## FOR THE
## WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **IN RE:**<br><br>Ronald Dean Roundtree<br><br>Debtor. | Bankruptcy Case No.: 18-50251-ACS<br><br>Chapter: 13 |

### ORDER MODIFYING THE AUTOMATIC STAY AND CO-DEBTOR STAY

Cause coming to be heard on the Motion for Relief from the Automatic Stay and Co-Debtor Stay of Capital One Auto Finance, a division of Capital One, N.A., all parties with an interest in the 2010 LEXUS HS Sedan 4D HS250h Hybrid motor vehicle with a vehicle identification number of JTHBB1BA4A2015927 (the "Vehicle") having been duly noticed and the Court being fully advised:

IT IS HEREBY ORDERED that the co-debtor stay protecting Marsha Roundtree is modified;

IT IS FURTHER ORDERED that the automatic stay is modified with respect to the Vehicle; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived.

_____
Alan C. Stout
United States Bankruptcy Judge

/s/ Evan Lincoln Moscov
Evan Lincoln Moscov
KY Bar Number 94835
Washington St. Ste. 303
Waukegan, IL 60085
Telephone: (312) 969-1977
evan.moscov@moscovlaw.com
Attorney for Capital One Auto Finance,
a division of Capital One, N.A.

Alan C. Stout
United States Bankruptcy Judge
Dated: September 25, 2020