UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Ronald D. Roundtree** | ) | CASE NO. 18-50251 |
| | ) | Chapter 13 |
| **Debtor.** | ) | |
| | ) | |

## AGREED ORDER TO PAY

This matter having come before the court due to Debtor and/or Co-Debtor's failure to remit post-petition contractual payments to Capital One Auto Finance, a division of Capital One, N.A. ("Movant"), for a 2010 LEXUS HS Sedan 4D HS250h Hybrid motor vehicle with a vehicle identification number of JTHBB1BA4A2015927 (the "Vehicle"), and based upon the agreement of Movant and Debtor and Co-Debtor that will permit the continuation of the automatic stay and co-debtor stay as it relates to the Vehicle and the debt and conditioned upon certain provisions incorporated herein.

1. IT IS HEREBY ORDERED that as of October 22, 2020, Debtor and/or Co-Debtor are delinquent in the amount of $326.68 with respect to post-petition arrears.

2. Debtor and/or Co-Debtor shall remit $54.44 to Movant starting November 15, 2020 and shall continue to remit that sum on a monthly basis for five consecutive months until the post-petition arrearage of $326.68 is cured. The final payment of $54.48 is due on or before April 15, 2021.

3. Debtor and/or Co-Debtor shall make all future monthly post-petition payments beginning with the November 21, 2020 payment directly to Movant.

4. Debtor and/or Co-Debtor agree that should they fail to make any future payments as called for under this agreement, or should any payments be reversed due to insufficient funds, they will be in default under this Agreed Order.

5. If Debtor and/or Co-Debtor are in default under this Agreed Order, Movant, through

counsel, may send a Notice of Default to Debtor's counsel, Debtor and Co-Debtor advising them of the default under the terms of this Agreed Order. The letter shall advise Debtor and/or Co-Debtor that they have ten days from the date of the letter to cure the default.

6. If Debtor and/or Co-Debtor fail to cure the default within the 10 day period, Movant's counsel may file a Certificate of Noncompliance with this Court. Upon filing of the Certificate, the automatic stay pursuant to 11 U.S.C. Section 362 and the co-debtor stay pursuant to 11 U.S.C. Section 1301 that issued in this action shall be terminated, without further hearing, with respect to the Vehicle and Movant, its successors and assigns.

7. In such event, Movant shall be permitted to take any and all actions necessary to repossess the Vehicle and sell the same in accordance with state law, to apply the net proceeds to the obligation, and to otherwise exercise its contractual and state law rights to the Vehicle. Movant is granted relief to send to any party protected by the automatic stay and co-debtor stay any and all notices required by applicable federal law or regulation.

8. Should the automatic stay and co-debtor stay be terminated by the filing of a Certificate of Noncompliance, the automatic stay and co-debtor stay shall remain terminated in the event Debtor converts to a different chapter under the Bankruptcy Code.

9.  Upon dismissal, discharge, chapter conversion, or relief from the automatic stay and/or co-debtor stay, the foregoing terms and conditions shall cease to be binding, payments will be due pursuant to the terms of the original loan agreement and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the vehicle and/or against Debtor and/or Co-Debtor.

_____
United States Bankruptcy Judge

/s/ Evan Lincoln Moscov
Evan Lincoln Moscov
Kentucky Bar No. 94835
325 Washington St., Suite 303
Waukegan, IL 60085
Phone 312-969-1977
evan.moscov@moscovlaw.com


/s/ Samuel Wright
_____

Samuel J. Wright
Farmer & Wright, PLLC
4975 Alben Barkley Drive, Suite 1
Paducah, KY 42001



Distribution List:

William W. Lawrence
310 Republic Plaza
200 S. Seventh Street
Louisville, KY 40202

Marsha Roundtree
1117 S 4th St
Paducah, KY 42003

Ronald Dean Roundtree
1117 S 4th St
Paducah, KY 42003

Samuel J. Wright
Farmer & Wright, PLLC
4975 Alben Barkley Dr.
Suite 1
Paducah, KY 42001