201908965
rec

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

| | |
|---|---|
| IN RE: | Case No. 18-50251 |
| RONALD ROUNDTREE | Chapter 13 |
| Debtor | |
| | **AGREED MOTION REINSTATING AUTOMATIC STAY AND VACATING ORDER GRANTING MOTION FOR RELIEF** |

This matter came to be considered on the Motion for Relief from the Automatic Stay and Co-Debtor Stay (the "Motions") filed on July 8, 2020 Docket No. 33 by Capital One.

Counsel for the creditor and Debtor had worked to resolve the pending motion with an Agreed Order requesting an extension of time to file that agreement which was granted on September 11, 2020. Unfortunately, the Debtor was unable to approve the filing of the Agreed Order prior to relief being granted on September 25, 2020, Docket 46.

The parties have since agreed to reinstate the automatic stay and request the Court vacate that Order granting relief as the Agreed Order has since been filed.

**IT IS THEREFORE, ORDERED:**

The Order Granting Motion for Relief (Docket 46) is VACATED and the automatic stay is reinstated;

SO ORDERED

*/s/ Alan C. Stout*
Alan C. Stout
United States Bankruptcy Judge
Dated: October 30, 2020

| SUBMITTED BY: | APPROVED BY: |
|---|---|
| /s/ Evan Moscov | /s/ Samuel Wright |
| Evan Lincoln Moscov | Samuel J. Wright, Counsel for Debtor(s) |
| 325 Washington St., Suite 303 | 4975 Alben Barkley Drive, Suite 1 |
| Waukegan, IL 60085 | Paducah, KY 42001 |
| Evan.moscov@moscovlaw.com | sam@farmerwright.com |
| Attorney for Creditor | Attorney for Debtor(s) |

COPIES TO:
Evan Lincoln Moscov
Washington St., Suite 303
Waukegan, IL 60085
Evan.moscov@moscovlaw.com
Attorney for Creditor

William W. Lawrence - Trustee
310 Republic Plaza
200 S. Seventh Street
Louisville, KY 40202
ECF@louchapter13.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Charles R. Merrill
Asst. U.S. Trustee
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov
VIA ELECTRONIC SERVICE

Samuel J. Wright – Attorney for Debtors
4975 Alben Barkley Drive, Suite 1
Paducah, KY 42001
sam@farmerwright.com